THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

OLEVIA CHAMBERS                                                              PLAINTIFF

vs.                                                                            No. 4:04CV363-D-B

ADVANCED ENERGY SYSTEMS; et al.                                        DEFENDANTS

ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Plaintiff's motion to remand (docket entry 6) is GRANTED; and

(2)     this cause is REMANDED to the Circuit Court of Washington County, Mississippi.

SO ORDERED, this the 16th day of May 2005.


                                            /s/ Glen H. Davidson
                                            Chief Judge